[No. 14217-1-II.   Division Two.   May 6, 1992.]

CLINTON E. JOHN, ET AL, *Respondents*, v. H.E. FERRYMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-2-00384-5, Robert L. Harris, J., entered August 24, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Seinfeld, J., concurred in by Morgan, A.C.J., and Alexander, J.

[No. 13574-4-II.   Division Two.   May 6, 1992.]

JAN W. SCHMALENBERG, ET AL, *Appellants*, v. PIERCE COUNTY COUNCIL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-06767-1, Thomas A. Swayze, Jr., J., entered December 28, 1989. *Reversed* by unpublished opinion per Petrich, C.J., concurred in by Alexander and Morgan, JJ.

[No. 13359-8-II.   Division Two.   May 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WYONN DEWAYNE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-02051-5, J. Kelley Arnold, J., entered October 27, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Worswick, J. Pro Tem.